UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BLUE MARLIN OILFIELD & EQUIPMENT RENTALS, INC., ET AL. | CIVIL ACTION |
| VERSUS | NO. 21-2389 |
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON | SECTION A(3) |

## ORDER

Considering the foregoing **Joint Motion to Stay Proceedings Pending Mediation (Rec. Doc. 29)** and the record,

Accordingly;

**IT IS ORDERED** that the **Joint Motion to Stay (Rec. Doc. 29)** is hereby **GRANTED** and that this matter is **STAYED** pending the outcome of mediation.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this matter as **CLOSED** for administrative reporting purposes. The Court shall retain jurisdiction and the case shall be restored to the trial docket upon motion of any party.

March 9, 2022

JUDGE JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE