UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BLUE MARLIN OILFIELD & EQUIPMENT RENTALS, INC., DOVE DEVELOPMENT & LAND RENTALS, L.L.C, DOVE DEVELOPMENT & LAND, L.L.C. & DOVE LAND CORPORATION** | * * * * * * | **CIVIL ACTION** <br><br> **NO.: 2:21-cv-02389** |
| **V.** | * * | **JUDGE HON. JAY C. ZAINEY** |
| **CERTAIN UNDERWRITERS AT LLOYD'S LONDON, INDIAN HARBOR INSURANCE COMPANY, QBE SPECIALTY INSURANCE COMPANY STEADFAST INSURANCE COMPANY GENERAL SECURITY INDEMNITY OF ARIZONA, UNITED SPECIALTY INSURANCE COMPANY, LEXINGTON INSURANCE COMPANY, HDI GLOBAL SPECIALTY SE, OLD REPUBLIC UNION INSURANCE COMPANY, GEOVERA SPECIALTY INSURANCE COMPANY, TRANSVERSE SPECIALTY INSURANCE COMPANY** | * * * * * * * * * * * * * * * | **MAG. JUDGE DANA DOUGLAS** |

## MOTION FOR FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Blue Marlin Oilfield & Equipment Rentals, Inc., Dove Development & Land Rentals, L.L.C., Dove Development & Land, L.L.C. and Dove Land Corporation, and upon suggesting to this Honorable Court that Plaintiffs have compromised and settled their lawsuit against Defendants, Certain Underwriters at Lloyd's, London, severally subscribing to Certificate No. AMR-59283-03, Indian Harbor Insurance Company, Lexington Insurance Company, QBE Specialty Insurance Company, Steadfast Insurance Company, United Specialty Insurance Company, General Security Indemnity of Arizona, HDI Global Specialty SE, Old Republic Union Insurance, and Safety Specialty Insurance Company and now move

that this Court dismiss all of their claims in this lawsuit with prejudice, with each party to bear their own costs.

Respectfully submitted,

_____
SYE J. BROUSSARD (Bar #33035)
JACKIE DOVE BROUSSARD (Bar #33539)
VICTOR M. DANTIN (Bar #35462)
BROUSSARD & DOVE, APLC
7605 Park Avenue
Houma, Louisiana 70364
T: 985.868.4800
F: 985-868-4899
E: Sye@BroussardDoveLaw.com
   Jackie@BroussardDoveLaw.com
   Vic@BroussardDoveLaw.com
Attorneys for Complainants

**CERTIFICATE OF SERVICE**

I certify that on this 12th day of July 2022, the undersigned electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

s/ _____
   Sye Broussard

2