UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BLUE MARLIN OILFIELD & EQUIPMENT RENTALS, INC., DOVE DEVELOPMENT & LAND RENTALS, L.L.C, DOVE DEVELOPMENT & LAND, L.L.C. & DOVE LAND CORPORATION** | * * * * * * | CIVIL ACTION <br><br> NO.:  2:21-cv-02389 |
| V. | * * | JUDGE HON. JAY C. ZAINEY |
| **CERTAIN UNDERWRITERS AT LLOYD'S LONDON, INDIAN HARBOR INSURANCE COMPANY, QBE SPECIALTY INSURANCE COMPANY STEADFAST INSURANCE COMPANY GENERAL SECURITY INDEMNITY OF ARIZONA, UNITED SPECIALTY INSURANCE COMPANY, LEXINGTON INSURANCE COMPANY, HDI GLOBAL SPECIALTY SE, OLD REPUBLIC UNION INSURANCE COMPANY, GEOVERA SPECIALTY INSURANCE COMPANY, TRANSVERSE SPECIALTY INSURANCE COMPANY** | * * * * * * * * * * * * * * * | MAG. JUDGE DANA DOUGLAS |

<u>**FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE**</u>

Considering the foregoing Motion for Final Judgment of Dismissal with Prejudice,

**IT IS ORDERED, ADJUDGED AND DECREED** that all claims of Plaintiffs, Blue Marlin Oilfield & Equipment Rentals, Inc., Dove Development & Land Rentals, L.L.C., Dove Development & Land, L.L.C. and Dove Land Corporation, against Defendants Certain Underwriters at Lloyd's, London, severally subscribing to Certificate No. AMR-59283-03, Indian Harbor Insurance Company, Lexington Insurance Company, QBE Specialty Insurance Company, Steadfast Insurance Company, United Specialty Insurance Company, General Security Indemnity of Arizona, HDI Global Specialty SE,

Old Republic Union Insurance, and Safety Specialty Insurance Company, be and are hereby **DISMISSED, WITH PREJUDICE**, with each party to bear their own respective costs.

Judgment entered in New Orleans, Louisiana, this __14th__ day of July, 2022.

_____
HONORABLE JAY C. ZAINEY